# RUHNKE & BARRETT
### ATTORNEYS AT LAW

DAVID A. RUHNKE
MEMBER OF N.J. AND NEW YORK BARS
davidruhnke@ruhnkeandbarrett.com
JEAN DeSALES BARRETT
MEMBER OF N.J., NEW YORK, AND COLORADO BARS
jeanbarrett@ruhnkeandbarrett.com

47 PARK STREET
MONTCLAIR, NEW JERSEY 07042
(973) 744-1000
FAX: (973) 746-1490

April 7, 2008

Via Email
Honorable Katharine S. Hayden, U.S.D.J.
Frank R. Lautenberg U.S. Post Office & Courthouse
P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    *United States v. Mohamed Hussein*, Crim. No. 06-936 (KSH)

Dear Judge Hayden:

    I write, respectfully, to request that the Court allow me an additional two days to file motions in this matter. The delay I request will not alter the Court's schedule since, while the Government should naturally receive an additional two days, I am not seeking any additional time to reply.

    Should the Court require further information, I will gladly provide it. In any event, if the application meets with the Court's approval, motions on behalf of Mr. Hussein will be due Wednesday, April 9, 2008.

    Thank you for your attention to this request.

Respectfully yours,

/s/ Jean D. Barrett
Jean D. Barrett

cc by email:  Camelia M. Valdes, A.U.S.A.
   by mail:    Mohamed Hussein

C:\CASE FILES\TRIAL_FILES\Hussein\Judge Hayden motion ext 4-7-08.wpd

*So Ordered.*
*KS Hayden USDJ*
*4/8/08*