C:\CASE FILES\TRIAL_FILES\Hussein\Order Amending Travel Restrictions -- 4-03-08.wpd

RUHNKE & BARRETT
47 Park Street
Montclair, New Jersey 07042
(973) 744-1000 (voice)
(973) 746-1490 (fax)
jeanbarrett@ruhnkeandbarrett.com
Attorneys for Mohamed Hussein

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| vs. | : | Crim. No. 06-936 (KSH) |
| MOHAMED HUSSEIN, | : | **ORDER AMENDING TRAVEL RESTRICTIONS** |
| Defendant. | : | |

This matter having been opened to the Court upon the application of Ruhnke & Barrett, attorneys for defendant Mohamed Hussein, with Camelia Valdes, Assistant United States Attorney having no objection on behalf of the Government, and Michelle Dwyer, Pretrial Services Officer, having approved, and good cause having been shown, it is on this ___ day of May, 2008;

ORDERED that Mr. Hussein be allowed to travel for employment purposes within New York City and the following counties in New York State: Orange, Rockland, and Westchester. All other conditions of release shall remain in effect.

HON. KATHARINE S. HAYDEN, U.S.D.J.