UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-936 (KSH) |
| v. : | |
| : | **ORDER** |
| MOHAMED HUSSEIN : | |

This matter having come before the Court by way of motions filed by Jean D. Barrett, Esquire, appearing on behalf of Defendant Mohamed Hussein, with Camelia M. Valdes, A.U.S.A., appearing on behalf of the Government; and, the Court having received briefs and heard oral argument of counsel, and good cause having been shown, it is hereby

ORDERED that the words "a/k/a/ 'Gator'" be stricken from the caption of the indictment; and, it is hereby

FURTHER ORDERED that Mr. Hussein shall be permitted to file additional motions as discovery and investigation require.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN, U.S.D.J.