UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-936 (KSH) |
| v. : | |
| MOHAMED HUSSEIN : | **ORDER** |

This matter having come before the Court on the application of defendant Mohamed Hussein, (Jean D. Barrett, Esq. appearing); and the United States Attorney for the District of New Jersey, Christopher J. Christie, (Camelia M. Valdes, Assistant United States Attorney, appearing) having opposed the motion; and, the Court having received briefs and heard oral argument of counsel, and good cause having been shown, it is hereby

IT IS on this 9th day of June, 2008

ORDERED that Jencks materials and marked exhibits shall be made available defendant no later than August 8, 2008; and, it is hereby

FURTHER ORDERED the Government will file its Rule 404 (B) notice and supporting brief no later than June 16, 2008.   Defendant shall respond to the Government's Rule 404(B) motion no later than June 23, 2008. The Government's response shall be due June 27, 2008.   Oral argument on the Rule 404(B) shall be held on July 17, 2008.

/s/ Katharine S. Hayden
HON. KATHARINE S. HAYDEN, U.S.D.J