UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 06-936 (KSH)

MOHAMED HUSSEIN : ORDER

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Camelia M. Valdes, Assistant U.S. Attorney, appearing), and defendant Mohamed Hussein (Jean D. Barrett, Esq., appearing), for an order granting the following briefing schedule in the above-captioned matter,

IT IS, therefore, on this 3rd day of February, 2009,

ORDERED that the parties' responses to the pre-sentence investigation report will be due to probation on or before February 13, 2009 and it is further;

ORDERED that probation will disclose its final pre-sentence report to the Court on or before February 27, 2009 and it is further;

ORDERED that the parties' sentencing memoranda, if any, will be due on or before March 20, 2009 and it is further;

ORDERED that the sentencing in this matter will be on March 30, 2009 at 3:00 p.m.

_____
HON. KATHARINE S. HAYDEN
United States District Judge