

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*          *(973)645-2700*
*Newark, NJ 07102*

March 26, 2009

VIA E-MAIL
Hon. Katharine S. Hayden
United States District Judge
United States Post Office & Courthouse
Federal Square
Newark, New Jersey  07102

     Re:  United States v. Mohamed Hussein
         Crim. No. 06-936 (KSH)

Dear Judge Hayden:

    Please accept this letter as confirmation that the matter has been adjourned pursuant to the Government's request to **April 16, 2008 at 11:30 a.m.** Defense counsel, Jean D. Barrett, does not object to the adjournment.

    Thank you for your attention to this matter.

                Respectfully submitted,

                RALPH J. MARRA, JR.
                Acting United States Attorney

                By: Camelia M. Valdes
                Assistant U.S. Attorney

cc:  Jean D. Barrett, Esq.

SO ORDERED
KS Hayden
Katharine S. Hayden
USDJ
3/30/09