UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 06-936 (KSH) |
| v. | ORDER TO PRODUCE |
| MOHAMED HUSSEIN. | |

TO: UNITED STATES MARSHAL'S SERVICE
Martin Luther King Courthouse, Room 2009
50 Walnut Street
Newark, New Jersey 07102

The United States Marshal's Service for the District of New Jersey is hereby directed to produce the person of Mohammad Abdulaal, Register No. 25032-050, presently serving his sentenced at USP, Lewisburg in Lewisburg, PA, at the United States District Court for the District of New Jersey, United States Post Office & Courthouse on April 16, 2009 beginning at 11:30 am for the purpose of testifying at a hearing in the above-captioned matter, and to keep the prisoner safe in custody and confine him from day to day when not appearing before the District Court.

At the final conclusion of the proceedings, the United States Marshal's Service shall return Mr. Abdulaal to USP Lewisburg in Lewisburg, PA.

_____
HON. KATHARINE S. HAYDEN, U.S.D.J.

Dated: 4/13/09