UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Crim. No. 06-936 (KSH) |
| v. | : WRIT OF HABEAS CORPUS |
| | : AD TESTIFICANDUM |
| MOHAMED HUSSEIN. | : |

TO: B.A. BLEDSOE, WARDEN
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

You are hereby directed to to produce the person of Mohammad Abdulaal, Register No. 25032-050, presently serving his sentenced at USP, Lewisburg in Lewisburg, PA, to the United States Marshal's Service for the purpose of testifying at a hearing in the above matter at the United States District Court for the District of New Jersey, United States Post Office & Courthouse on April 16, 2009 beginning at 11:30 am.

At the final conclusion of the proceedings, the United States Marshal's Service will return Mr. Abdulaal to USP Lewisburg in Lewisburg, PA.

_____
HON. KATHARINE S. HAYDEN, U.S.D.J.

Dated: 4/13/09