# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Criminal No. 06-936  (KSH) |
| Plaintiff (s) | : | |
| vs. | : | |
| | : | **ORDER MODIFYING BAIL** |
| Mohamed Hussein | | |
| Defendant(s) | : | |

This matter having come before the Court by way of defendant Hussein's sentencing; and the Court having considered the matter and having heard argument and rendered its decision on the record on April 16 , 2009; and the Court having ordered that the defendant self surrender upon designation by the Bureau of Prisons; and good cause having been shown,

It is on this 16th  day of April, 2009

**ORDERED** that the defendant will be placed on electronic monitoring pending his designation by the Bureau of Prisons, and will be restricted to his residence by way of a "Curfew" as directed by Pretrial Services.  The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency. All other conditions of bail remain.

 /s/ Katharine S. Hayden
KATHARINE S. HAYDEN, U.S.D.J.