UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : HON. KATHARINE S. HAYDEN

v. : Crim. No. 06-936 (KSH)

MOHAMED HUSSEIN : **AMENDED ORDER**

This matter having come before the Court upon the application of Ralph J. Marra, Jr., Acting United States Attorney (Andrew Kogan, Assistant United States Attorney, appearing) for an order amending the bail conditions for defendant Mohamed Hussein; and United States Pretrial Services not objecting to the request; and defense counsel (Jean D. Barrett, appearing) not objecting to the request; and for good cause shown,

IT IS, on this 12th day of May, 2009,

ORDERED that the bail conditions applicable to defendant Mohamed Hussein in this matter are hereby amended to include a condition that defendant Mohamed Hussein is barred from having any contact with any and all defendants, victims, and witnesses related to the above-captioned matter; and it is further

ORDERED that all other bail conditions concerning defendant Mohamed Hussein in this matter continue to remain in full force and effect.

_____
HON. KATHARINE S. HAYDEN
United States District Judge