UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. KATHARINE S. HAYDEN |
| v. | : | Crim. No. 06-936 (KSH) |
| MOHAMED HUSSEIN | : | **O R D E R** |

This matter having come before the Court upon the application of defendant Mohamed Hussein (Jean D. Barrett, Esq., appearing) for an Order extending his surrender date until June 8, 2009; and Ralph J. Marra, Jr., Acting United States Attorney (Andrew Kogan, Assistant United States Attorney, appearing) having opposed the motion; and the Court finding that defendant's request for an extension is based upon the need for a family member's outpatient surgery; and the Court finding that other family members will be available for the care of the family member; and for good cause shown,

IT IS, on this 28th day of May, 2009,

ORDERED that defendant's motion is hereby DENIED.

/s/Katharine S. Hayden
HON. KATHARINE S. HAYDEN
United States District Judge