PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mohamed Hussein

Cr.:06-00936-01
PACTS #: 46687

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden, USDJ

Date of Original Sentence: 04/16/09

Original Offense: Produces/Traffics in Counterfeit Devices

Original Sentence: 21 months imprisonment; 3 years supervised release; $100 special assessment; restitution to be determined

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/03/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | As outlined in the final presentence report dated February 23, 2009, Hussein was diagnosed and previously treated for panic disorder. During an office visit with the undersigned, Hussein displayed symptoms of this diagnosis (i.e., shortness of breath, sweating). As a result, Hussein was assessed by our in-house mental health specialist, Sr. PO Susan Karlak, who determined he would benefit from treatment. Hussein was also evaluated by an independent forensic specialist who made the same recommendation. |
|  | Despite the recommendations, Hussein is unwilling to agree to a modification to the conditions of his supervision to include mental health treatment. Hussein indicated that his inability to secure employment and provide for his family (due to the fact that he has not received work authorization from Immigration and Customs Enforcement) is the cause of his symptoms. |

U.S. Probation Officer Action:

The Probation Office respectfully recommends that Your Honor hold a hearing to address this matter.

PROB 12A - Page 2
Mohamed Hussein

Respectfully submitted,

By:  Denise Morales
U.S. Probation Officer
Date:  6/15/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other  Raise this issue
in conjunction with
pending hearing on
July 14, 2011 @ 2:00 p.m

_____
Signature of Judicial Officer

_____
Date    7/7/11