UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 06-936 (KSH) |
| MOHAMAD HUSSEIN | : | **ORDER** |

This matter having come before the Court in the presence of Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew Kogan, Assistant U.S. Attorney, appearing) and Mohamad Hussein (Chester Keller, F.A.F.P.D., appearing);

IT IS, on this 15 day of July 2011;

ORDERED that the defendant shall file by or on **August 12, 2011**, a submission addressing whether this Court can hold a hearing regarding restitution in this matter; and it is further

ORDERED that the United States shall file any opposition to defendant's motion, which submission shall address the appropriate amount of restitution to be ordered in this matter, by or on **September 2, 2011**; and it is further

ORDERED that the defendant may file a reply brief addressing the proper amount of restitution to be ordered in this matter by or on **September 9, 2001**; and it is further

ORDERED that the Court shall hold oral argument on this matter on **October 3, 2011 at 10:00 a.m.**

_____
KATHARINE S. HAYDEN
United States District Judge