UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                         Criminal:   06-936 (KSH)

        v.

**ORDER**

Mohamed Hussein


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 14th day of July, 2011,

**ORDERED** that Chester Keller from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.


   /s/ Katharine S. Hayden
**KATHARINE S. HAYDEN. U.S.D.J.**